JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA A. SALCEDO, | SACV 12-1322 PA (FMOx) |
| Plaintiff, | JUDGMENT |
| v. | |
| WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE, NDEX WEST, LLC, LSI TITLE COMPANY, HEATHER MEDALAN, an individual, MICHAEL, an individual, MELISSA HAYES, an individual, RIC JUAREZ, an individual, PATRICK DE JESUS, an individual, BROOKE EWING, an individual, and DOES 1-7 inclusive, | |
| Defendants. | |

Pursuant to the Court's January 30, 2013 Minute Order granting the Motion to Dismiss filed by defendant Wells Fargo Bank, N.A. (successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB, and erroneously also sued as Wells Fargo Home Mortgage) ("Wells Fargo"), in which defendants NDEX West, LLC and LSI Title Company filed a Notice of Joinder, which dismissed all of the claims asserted by plaintiff Maria A. Salcedo ("Plaintiff") against Wells Fargo, NDEX West, LLC, LSI Title Company, and the remaining individual defendants (collectively "Defendants"),

1      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall
2 have judgment in their favor against Plaintiff.
3      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims
4 are dismissed with prejudice.
5      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take
6 nothing and that Defendants shall have their costs of suit.
7      IT IS SO ORDERED.

9 DATED: January 30, 2013            _____
                                          Percy Anderson
                               UNITED STATES DISTRICT JUDGE